**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Keith Shocker,

          Debtor.

Chapter 13

Case No. 25-12574-PMM

### Debtor's Motion to Transfer Case

**AND NOW**, Debtor Keith Shocker, by and through his attorney, moves this Court to enter an order transferring this case to another district. In support of this motion, the Debtor states as follows:

1.  The Debtor filed this case under chapter 13 on June 25, 2025.

2.  In a bankruptcy case, venue is proper where a debtor's domicile, residence, principal domestic place of business, or principal assets have been located in the 180 days prior to the commencement of the case. 28 U.S.C. § 1408.

3.  At all times during the 180 days prior to the commencement of this case, the Debtor's domicile, residence, principal domestic place of business, and principal assets have been located in York County, Pennsylvania.

4.  York County is located in the United States Bankruptcy Court for the Middle District of Pennsylvania.

5.  This case was erroneously filed in this district.

6.  A case that is filed in an improper district may be transferred to the proper district upon motion of a debtor and by showing that the transfer is in the interest of justice or for the convenience of the parties. Fed. R. Bankr. P. 1014(a)(2).

7.  Because all of the Debtor's interests are located in the Middle District and the Debtor has no substantial ties to the Eastern District, transfer of this case to the proper district would be both in the interest of justice and for the convenience of the parties.

8.  No parties would be prejudiced by transfer of this case.

9.    For the above reasons, the Court should transfer this case to the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: June 26, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Transfer Case and the proposed order to be served on all parties listed on the clerk's service list through the CM/ECF system.

Date: June 26, 2025

/s/ Michael A. Cibik
Michael A. Cibik