**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Keith Shocker,<br><br>　　　　　Debtor. | Chapter 13<br><br>Case No. 25-12574-PMM |

**Order Granting Debtor's Motion to Transfer Case**

**AND NOW**, upon consideration of the Debtor's Motion to Transfer Case, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is hereby transferred from this Court to the United States Bankruptcy Court for the Middle District of Pennsylvania.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　Judge, U.S. Bankruptcy Court