**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Keith Shocker,

    Debtor.

Chapter 13

Case No. 25-12574-PMM

**Order Granting Debtor's Motion to Transfer Case**

**AND NOW**, upon consideration of the Debtor's Motion to Transfer Case, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is hereby transferred from this Court to the United States Bankruptcy Court for the Middle District of Pennsylvania.

Date: **June 27, 2025**

_____
Honorable Patricia M. Mayer
Judge, U.S. Bankruptcy Court