United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keith William Shocker  
    Debtor

Case No. 25-12574-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 27, 2025      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Keith William Shocker, 223 E Main St, New Freedom, PA 17349-9770 |
| 15023058 | + | Accts Advoca, 1001 S Fourth Street, Hamburg, PA 19526-9211 |
| 15023066 | | Citizens One, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 15023091 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 15023092 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 28 2025 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 28 2025 00:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15023059 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 28 2025 00:42:49 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15023068 | | Email/Text: bankruptcy@collegeave.com | Jun 28 2025 00:36:00 | College Ave Student Loans, Attn: Bankruptcy Attn: Bankruptcy, 233 N. King Street , Suite 400, Wilmington, DE 19801 |
| 15023060 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2025 00:43:09 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15023061 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:43:01 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 15023062 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:42:55 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15023063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:43:13 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790040, St Louis, MO 63179-0040 |
| 15023064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:43:03 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15023065 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:43:04 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15023069 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2025 00:36:00 | Comenity Capital/Dell, Attn: Bankruptcy, PO box 182125, Columbus, OH 43218-2125 |
| 15023071 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 25-12574-pmm   Doc 10   Filed 06/29/25   Entered 06/30/25 00:38:12   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15023072 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2025 00:43:10 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15023073 | + | Email/Text: Documentfiling@lciinc.com | Jun 28 2025 00:36:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 15023074 | + | Email/Text: Documentfiling@lciinc.com | Jun 28 2025 00:36:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15023075 | | Email/Text: camanagement@mtb.com | Jun 28 2025 00:36:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 15023078 | + | Email/Text: Unger@Members1st.org | Jun 28 2025 00:36:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camo Hill, PA 17001-8893 |
| 15023077 | + | Email/Text: Unger@Members1st.org | Jun 28 2025 00:36:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 15023079 | | Email/Text: fesbank@attorneygeneral.gov | Jun 28 2025 00:36:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15023080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15023081 | ^ | MEBN | Jun 28 2025 00:28:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15023067 | | Email/Text: bankruptcy@swfin.com | Jun 28 2025 00:36:00 | College Ave Student Loan Servicing, LLC, College Ave, Attn: Bankruptcy 233 N. Kin, Wilmington, DE 19801 |
| 15023082 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:42:58 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15023084 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:43:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15023085 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:42:58 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15023086 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:43:09 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15023088 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:43:09 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15023090 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:43:11 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15023093 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 28 2025 00:36:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15023089 | | Synchrony/Ashley Furniture Homestore |
| 15023070 | *+ | Comenity Capital/Dell, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 15023076 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 15023083 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15023087 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: pdf900 | Total Noticed: 34 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Keith William Shocker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Keith Shocker,<br><br>    Debtor. | Chapter 13<br><br>Case No. 25-12574-PMM |

**Order Granting Debtor's Motion to Transfer Case**

**AND NOW**, upon consideration of the Debtor's Motion to Transfer Case, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is hereby transferred from this Court to the United States Bankruptcy Court for the Middle District of Pennsylvania.

Date: **June 27, 2025**

_____
Honorable Patricia M. Mayer
Judge, U.S. Bankruptcy Court